# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

————————————————

DEVIN NICOLE GEARY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-1419

————————————————

April 8, 2026

Appeal from the County Court for Hillsborough County; Jack N. Gutman, Judge.

Blair Allen, Public Defender, and Lisa Lott, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Krystle Celine Cacci, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

LUCAS, C.J., and LaROSE and MORRIS, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.